UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 22-16849

**Case Name:** James Blankinship v. Union Pacific Railroad Company

**Hearing Location (*city*):** San Francisco

**Your Name:** Scott P. Moore

List the sitting dates for the two sitting months you were asked to review:

December 4-8, 2023
December 11-14, 2023
January 8-12, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have an unresolvable conflict with the December 4-8, 2023, as I have a trial scheduled for that same date in Douglas County Nebraska District Court.

I have conferred with counsel for Plaintiff who states he has no conflicts with the date proposed.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/Scott P. Moore   **Date** 8/21/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**   *New 12/01/2018*